# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMAS, CLARENCE | SUPREME COURT OF THE UNITED STATES | 05/16/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2021<br>**to**<br>12/31/2021 |

**7. Chambers or Office Address**

SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D. C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Member Board of Directors | Horatio Alger Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 9/2/2021 | George Washington University School of Law -teaching | $10,000.00 |
| 2. 9/15/2021 | University of Notre Dame | $19,595.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. 2021 | Liberty Consulting, Inc. - salary and benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 9/15/2021 - 9/17/2021 | Notre Dame, IN | Teaching and Guest Lecturer | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **THOMAS, CLARENCE** | 05/16/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/16/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 1. MONY Flexible Premium Adjustable Life n/k/a AXA Universal Life Policy | C | Dividend | L | T | | | | |
| 2. MONY Whole - n/k/a/ AXA Universal Life Policy | C | Dividend | M | T | | | | |
| 3. Wells Fargo CD | A | Interest | J | T | | | | |
| 4. Ginger, LTD., Partnership | F | Rent | N | W | | | | |
| 5. | | | | | | | | |
| 6. Liberty Consulting, Inc. | | None | J | U | | | | |
| 7. Vanguard IRA (H) | | | | | | | | |
| 8. -Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | |
| 9. -Vanguard Emerging Markets Stock Index Admiral CL VEMAX | A | Dividend | J | T | Buy (add'l) | 03/11/21 | J | |
| 10. -Vanguarg 500 Index Admiral CL VFIAX | C | Dividend | N | T | Buy (add'l) | 03/11/21 | J | |
| 11. -Vanguard Healthcare Investor CL (VGHCX) | B | Dividend | K | T | Buy | 03/11/21 | K | |
| 12. -Vanguard Small Cap Value Index Admiral CL (VSIAX) | B | Dividend | L | T | Buy (add'l) | 03/11/21 | J | |
| 13. -Vanguard Total Intl Stock Index Admiral CL (VTIAX) | A | Dividend | J | T | Buy (add'l) | 03/11/21 | J | |
| 14. -Vanguard Value Index Admiral CL | B | Dividend | L | T | Buy (add'l) | 03/11/21 | J | |
| 15. -Morgan Stanley Bank NA SLC, UT CD FDIC #32992 CPN 2.800% DUE 3/14/22 | B | Interest | L | T | | | | |
| 16. -Centerstate Bank Winter Haven FL CD FDIC#33555 CPN 1.000% DUE 3/31/25 | A | Interest | L | T | | | | |
| 17. | | | | | | | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **THOMAS, CLARENCE** | 05/16/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLARENCE THOMAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544